UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY DELISLE,

    Plaintiff,

v.

SUN LIFE ASSURANCE COMPANY OF
CANADA, a foreign corporation,

    Defendant.

Case No. 06-11761-CV
Hon. Lawrence P. Zatkoff
Magistrate Judge Paul J. Komives

_____/

| | |
|---|---|
| JOHN JOSEPH CONWAY (P56659) | MARK E. SCHMIDTKE (IN 1733-45) |
| John J. Conway, PC | Schmidtke Hoeppner Consultants, LLP |
| Attorney for Plaintiff Sherry DeLisle | Attorneys for Defendant Sun Life of Canada |
| 645 Griswold, Suite 3600 | 103 E. Lincolnway |
| Detroit MI  48226 | Valparaiso, IN  46383 |
| (313) 961-6525 (telephone) | (219) 476-1522 (telephone) |
| (313) 961-0754 (fax) | (219) 464-1401 (fax) |

BARTON C. RACHWAL (P58729)
Barton C. Rachwal, PC
Co-Counsel for Plaintiff Sherry DeLisle
30400 Telegraph Road, Suite 470
Bingham Farms, MI  48025
(248) 283-0012 (telephone)
(248) 540-3136 (fax)

_____/

## STIPULATED ORDER FOR EXTENSION OF
## DEADLINE TO FILE NOTICE OF APPEAL PURSUANT TO RULE 58

WHEREAS, in accordance with Fed R. Civ Proc. 58 and Fed. R. App. Proc. 4(a)(4), counsel for the parties in the above captioned matter have discussed the current deadlines and procedural status and have agreed to a extend the deadline for the filing of a notice of appeal until 30 days after disposition of Plaintiff's motion for attorneys's fees [Docket 34].

WHEREAS on October 12, 2006, the Court granted Plaintiff's motion for judgment on the administrative record and remanded the case to Defendant for a computation of benefits. [Docket 30, 31].

WHEREAS the parties continue working together to compile the information necessary for Defendant to compute the amount of benefits.

WHEREAS on October 26, 2006, Plaintiff filed her motion for attorney's fees, costs, and interest pursuant to Fed. R. Civ Proc. 54.

WHEREAS pursuant to Fed. R. Civ. Proc. 58(c)(2) and Fed. R. App. Proc. 4(a)(4), the Court may extend the deadline for filing a notice of appeal until after the disposition of a motion for attorney's fees.

WHEREAS the parties agree that the deadline for the filing of any notice of appeal from the Court's Judgment [Docket 31] and Opinion and Order [Docket 30] should be extended to 30 days after the disposition of Plaintiff's motion for attorney's fees.

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. Proc. 58(c)(2) and Fed. R. App. Proc. 4(a)(4) the deadline for filing any notice of appeal from the Court's Judgment [Docket 31] and Opinion and Order [Docket 30] is extended. A notice of appeal from Docket 30 or 31 shall be filed within 30 days after an order disposing of Plaintiff's motion for attorney's fees, costs, and interest. [Docket 34].

**IT IS SO ORDERED**.

s/Lawrence P. Zatkoff
Date:   November 8, 2007                    HON. LAWRENCE P. ZATKOFF
                                             U.S. DISTRICT COURT JUDGE

**AGREED:**

| | |
|---|---|
| **JOHN J. CONWAY, P.C.** | **SCHMIDTKE, HOEPPNER CONSULTANTS, LLP** |
| By: s/John J. Conway | By: s/ Mark E. Schmidtke |
|     John J. Conway, Esq. |     Mark E. Schmidtke, Esq. |
|     Attorney for Plaintiff DeLisle |     Attorney for Defendant Sun Life |
|     645 Griswold, Suite 3600 |     103 E. Lincolnway |
|     Detroit, MI 48226 |     Valparaiso, IN 46383 |
|     313-961-6525 |     219-476-1522 |
|     johnjconwaypc@aol.com |     mschmidtke@hwelaw.com |
|     P56659 |     IN 1733-45 |
| Date: November 5, 2007 | Date: November 5, 2007 |